# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BRENTT SHERWOOD, | : No. 61 MAP 2020 |
| | : |
| Appellant | : |
| | : Notice of Appeal from the Order of |
| v. | : Commonwealth Court dated 9/9/2020 at |
| | : No. 767 MD 2018 |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS; JOHN E. WETZEL; | : |
| BRUCE BEEMER; ROBERT GILMORE; | : |
| KAREN PATTERSON; TIFFANY | : |
| PAULEY; JOAN KENNEDY; J. CARTER; | : |
| THERON R. PEREZ; DORINA VARNER; | : |
| KERI MOORE; JUSTIN | : |
| DUNKELBERGER; JAMIE SALESKI; | : |
| SARAH SNYDER; TRACY SHAWLEY; | : |
| CRYSTAL GREENAWALT; LESLIE | : |
| WYNN; MINDY ANDREETTI; JOHN/JANE | : |
| DOE (1-99), | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2021, the Notice of Appeal is QUASHED, without prejudice to Appellant's ability to raise the claims therein on appeal from a final order of the Commonwealth Court. *See United States Orgs. for Bank. Alts., Inc. v. Dep't of Banking*, 611 Pa. 370, 26 A.3d 474 (Pa. 2011).